UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICAHEL MARTEL, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1712 KJM AC P<br><br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: May 21, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE